BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00001-EFB (TEMP) |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) ) | |
| IVAN N. PALIGUTAN, | ) ) | |
| Defendant. | ) ) ) | |

   It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case number 2:12-cr-00001 without prejudice is GRANTED.

   It is further ordered that the bench warrant issued on February 14, 2012, be recalled.

IT IS SO ORDERED.

Dated: March 7, 2016

                                         _____
                                         HON. EDMUND F. BRENNAN
                                         United States Magistrate Judge